**Electronically Filed
Supreme Court
SCWC-30728
31-AUG-2011
11:17 AM**

NO. SCWC-30728

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE INTEREST OF M.A. and
IN THE INTEREST OF H.W.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30728; FC-S NOS. 05-1-0067 AND 05-1-0068)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioner/Respondent-Appellant's application for writ

of certiorari, filed on July 27, 2011, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 31, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Gerald Johnson
for petitioner/
respondent-appellant
on the application

Jay K. Goss and
Mary Anne Magnier,
Deputy Attorneys General,
for respondent/petitioner-
appellee State of Hawaiʻi,
Department of Human Services

_____

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.